# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

OUTDOOR POWERHOUSE, LLC

VERSUS

BROWN & BROWN OF LOUISIANA,
LLC D/B/A BROWN & BROWN OF
BATON ROUGE AND KATIE CAVIN
AND LAURIE BONNER

NO.   2021 CW 1542

**JANUARY 31, 2022**

---

In Re:   Brown & Brown of Louisiana, LLC d/b/a Brown & Brown of
Baton Rouge, applying for supervisory writs, 21st
Judicial District Court, Parish of Livingston, No.
153838.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT